IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00282-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MANUEL AARON ARVIZO-RAMIREZ,

    Defendant.

## ORDER

Pursuant to and in accordance with the sentencing hearing held before the Honorable Robert E. Blackburn, United States District Judge, on December 14, 2012,

**IT IS ORDERED** that defendant Manuel Aaron Arvizo-Ramirez is sentenced to **time served**.

Dated: December 14, 2012

    BY THE COURT:

    s/ Robert E. Blackburn
    ROBERT E. BLACKBURN,
    UNITED STATES DISTRICT JUDGE